UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS WRIGHT,

       Plaintiff

v.

KYLE SPERLING,
BETSY SPREEMAN,
KEITH PAPENDICK,
STEVEN BERGMAN and
CORIZON HEALTH, INC.,

       Defendants.
_____/

Case No. 2:16-CV-12113
District Judge Marianne O. Battani
Magistrate Judge Anthony P. Patti

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEFENDANT CORIZON'S PRODUCTION OF RECORDS (DE 47)

This matter is before the Court for consideration of the above-described motion, regarding which a response, a reply and a joint statement of resolved and unresolved issues have been filed. (DEs 47, 51-53.) Judge Battani referred this motion to me for hearing and determination, and a hearing was noticed for November 22, 2017. (DEs 48-49.) On the date set for hearing, attorneys Thomas E. Kuhn, Michael R. Dean and John C. Cardello appeared in my courtroom, and I entertained oral argument.

For the reasons stated from the bench, all of which are incorporated herein by reference, the Corizon Defendants' August 25, 2017 objection to Request No. 4

(*see* DE 47-1 at 5) is **SUSTAINED,** and Plaintiff's motion (DE 47) is **DENIED.**

No costs are awarded, as "the motion was substantially justified or other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(a)(5)(B).

    **IT IS SO ORDERED.**

Dated: November 27, 2017        s/Anthony P. Patti
                                        Anthony P. Patti
                                        UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on November 27, 2017, electronically and/or by U.S. Mail.

                                          s/Michael Williams
                                          Case Manager for the
                                          Honorable Anthony P. Patti