UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS WRIGHT,

      Plaintiff

v.

KYLE SPERLING,
BETSY SPREEMAN,
KEITH PAPENDICK,
STEVEN BERGMAN and
CORIZON HEALTH, INC.,

      Defendants.
_____/

Case No. 2:16-CV-12113
District Judge Marianne O. Battani
Magistrate Judge Anthony P. Patti

## **ORDER DEEMING MOOT THE BULK OF PLAINTIFF'S JANUARY 10, 2018 MOTION TO COMPEL DEFENDANT CORIZON'S PRODUCTION OF RECORDS AND IMPLEMENTING STIPULATION (DE 57)**

This matter is before the Court for consideration of the above-described motion, regarding which a response and a joint statement of resolved and unresolved issues have been filed. (DEs 57, 61, 66.) Judge Battani referred this motion to me for hearing and determination, and a hearing was noticed for March 9, 2018. (DEs 58-60, 62-63.) On the date set for hearing, attorneys Thomas E. Kuhn and John C. Cardello appeared in my courtroom.

The March 6, 2018 joint statement revealed that the unresolved issues were limited to three requests to produce - Nos. 3, 4 and 9. (DE 66 at 2.) However, by the time of the March 9, 2018 hearing, attorneys Kuhn and Cardello had reached

an agreement as to the remainder of the motion. Accordingly, in order to implement the stipulation that was placed on the record, no later than **Friday, March 16, 2018,** Defendant Corizon SHALL supplement its answers to Requests to Produce Nos. 3, 4, and 9, in writing, consistent with the representations placed on the record.

**IT IS SO ORDERED.**


Dated: March 9, 2018                    s/Anthony P. Patti
                                                        Anthony P. Patti
                                                        UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on March 9, 2018, electronically and/or by U.S. Mail.

                                                        s/Michael Williams
                                                        Case Manager for the
                                                        Honorable Anthony P. Patti